UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | Case No.16-cv-04169-HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE CONTEMPT** |
| MAO GE BASCOM LLC, et al., | |
| Defendants. | |

In April the Court denied Plaintiff's motion to enforce a purported settlement agreement but ordered Defendant Big Dog Sports, Inc. to file a status report by May 11, 2018. Dkt. No. 60. That deadline has come and gone but no status report was ever filed. This comes after Big Dog Sports' attorney, Michael Welch, allegedly said his client would settle the case, but then Welch became unreachable and the promised settlement agreement never materialized. As far as the Court can tell, Plaintiff and the other parties have been trying to bring this case to a resolution; Michael Welch and Big Dog Sports have not.

The Court therefore orders Big Dog Sports to appear on June 19, 2018, at 10:00 AM and show cause why it should not be held in contempt for failure to comply with the Court's status report order.

**IT IS SO ORDERED.**

Dated: June 1, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge